

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOSE REYES, *on behalf of himself and all others similarly situated,*

        Plaintiff,

        -against-

LEGENDS HOSPITALITY, LLC
d/b/a FORD AMPHITHEATER,

        Defendant.

---

Case No.: 18-cv-4671

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, Jose Reyes, are hereby dismissed without prejudice, in their entirety, as against Defendant, Legends Hospitality, LLC d/b/a Ford Amphitheater, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: September 6, 2018
      New York, New York

                                Lee Litigation Group, PLLC
                                30 East 39th Street, Second Floor
                                New York, NY 10016
                                Phone: (212) 465-1188

                                C.K. Lee, Esq. (CL 4086)

SO ORDERED:

    s/Carol Bagley Amon
U.S.D.J.

9/6/18